Destiny COLTER, Appellant,

v.

DIVISION OF EMPLOYMENT SECURITY, Respondent.

No. WD 72698.

Missouri Court of Appeals, Western District.

May 31, 2011.

Destiny Colter, Fulton, MO, Acting pro se.

Ninion S. Riley, Jefferson City, MO, for Respondent.

Before MARK D. PFEIFFER, P.J., THOMAS H. NEWTON, and ALOK AHUJA, JJ.

### ORDER

PER CURIAM:

Ms. Destiny Colter appeals the Labor and Industrial Relations Commission's decision denying her request for unemployment benefits.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Gary Charles SKAGGS, Appellant.

No. WD 72723.

Missouri Court of Appeals, Western District.

May 31, 2011.

Matthew Ward, Columbia, MO, for appellant.

Shaun J. Mackelprang and Jamie P. Rasmussen, Jefferson City, MO, for respondent.

Before Division Two: JAMES M. SMART, JR., Presiding Judge, MARK D. PFEIFFER, Judge and CYNTHIA L. MARTIN, Judge.

### ORDER

PER CURIAM:

Gary Skaggs appeals from a jury verdict finding him guilty of driving with a revoked license, receiving stolen property, stealing, and resisting a lawful stop. Skaggs maintains that the trial court plainly erred in admitting evidence seized without a warrant from his vehicle. We affirm. Rule 30.25(b).